TOWN OF WALLINGFORD *v.* LOCAL 1326, IAFF, AFL-CIO, ET AL.
(6903)

SPALLONE, DALY and FOTI, Js.

Submitted on briefs November 7—decision released November 17, 1988

*Edward T. Lynch, Jr.,* filed a brief for the appellant (plaintiff).

*William Gagne, Jr.,* and *Barbara J. Collins* filed a brief for the appellee (named defendant).

*Joseph I. Lieberman,* attorney general, and *Richard T. Sponzo* and *Charles A. Overend,* assistant attorneys general, filed a brief for the appellee (defendant Board of Mediation and Arbitration).

PER CURIAM. There is no error.